UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GARY ROBERT LIEFFRING,

    Plaintiff,

v.                                          Case No. 18-cv-861-pp

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

---

**ORDER APPROVING STIPULATION FOR REMAND (DKT. NO. 22), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

---

On March 21, 2019, the parties filed a stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 22. The court **APPROVES** the stipulation for remand, and **ORDERS** that:

The case is **REMANDED** to the Commissioner of Social Security. On judicial remand, the Appeals Council will remand this matter to an administrative law judge with instructions to offer the plaintiff the opportunity for a new hearing; reevaluate the record; proceed through the sequential evaluation process as needed to reach a decision; if warranted, obtain additional vocational expert testimony; and issue a *de novo* decision.

Dated in Milwaukee, Wisconsin this 25th day of March, 2019.

                                          **BY THE COURT:**

                                          _____
                                          **HON. PAMELA PEPPER**
                                          **United States District Judge**